UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**GILBERT R. RAYNOR,**

Plaintiff(s)

v.     Case No.   2:22cv405 (EWH)

**PORTSMOUTH POLICE DEPARTMENT,**

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for lack of subject matter jurisdiction pursuant to Federal Rule 12(h)(3).

DATED: May 22, 2023               FERNANDO GALINDO, Clerk


By_____/s/_____
E. Price, Deputy Clerk